Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

---

July 8, 2026

Via ECF
Hon. Valerie Figueredo
United States Magistrate Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE: Saunders v. SSA
1:26 civ 2987 (MKV)(VF)

Dear Judge Figueredo:

I am writing to request an extension of time to serve Plaintiff's Brief. The certified administrative record was filed on June 11, 2026 and Plaintiff's Brief is due on July 13, 2026. This is plaintiff's first request for an extension of time.

Due to multiple cases coming due at the same time coupled with long planned family vacation time over the past week, I have been unable to complete Plaintiff's papers. Counsel for the Commissioner, SAUSA Graham Morrison, kindly consents to this request. I respectfully request approval of the following revised schedule:

| | |
|---|---|
| August 14, 2026 | Plaintiff's Brief |
| October 13, 2026 | Defendant's Brief |
| October 27, 2026 | Plaintiff's Reply Brief |

Thank you for you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

cc: Graham Morrison, Esq.
Attorney for Defendant

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: July 13, 2026**

The extension request is GRANTED and deadlines proposed herein ADOPTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 6.